UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA M. LANCRANJAN,<br><br>Plaintiff,<br><br>v.<br><br>BRETT FRANKLIN TRUIT; HON. CHRISTOPHER S. MORRIS, Nominal Defendant in Official Capacity; HON. JAMI L. FERRARA, Nominal Defendant in Official Capacity, HON. MICHAEL S. GROCH, Presiding Judge, Nominal Defendant in Official Capacity; and DOES 1-10,<br><br>Defendants. | Case No.:  3:26-cv-3765-JES-DEB<br><br>**ORDER:**<br><br>**(1) GRANTING LEAVE TO ELECTRONICALLY FILE DOCUMENTS;**<br><br>**(2) SETTING BRIEFING SCHEDULE ON MOTION FOR TEMPORARY RESTRAINING ORDER; and**<br><br>**(3) SETTING HEARING**<br><br>**[ECF Nos. 2, 17]** |

On June 26, 2026, *pro se* Plaintiff Christina Lancranjan filed the complaint in this matter and an accompanying motion for a temporary restraining order ("TRO"). ECF Nos. 1, 2. Plaintiff alleges that Defendants have unfairly prejudiced her case and conspired against her in underlying state court proceedings. *Id.*

1

On July 1, 2026, the Court denied Plaintiff's motion to electronically file documents ("efile") for failure to make the required attestations, and required Plaintiff to file proof of service on Defendants prior to the Court setting a briefing schedule on the motion for TRO. ECF No. 5. Plaintiff has now made the required attestations to efile. ECF No. 17. The Court thus **GRANTS** Plaintiff's motion leave to efile. *Id.*

Plaintiff also filed proof of service against all five defendants. ECF Nos. 19-23. The Court hereby **SETS** a hearing on Plaintiff's motion for a TRO for **August 19, 2026, at 2:00 p.m.** Defendants **SHALL FILE** their oppositions to the motion for TRO no later than **August 5, 2026.** Plaintiff **SHALL FILE** her replies no later than **August 12, 2026.**

   **IT IS SO ORDERED**.

Dated:  July 15, 2026

Honorable James E. Simmons Jr.
United States District Judge

2

3:26-cv-3765-JES-DEB